Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

"0"

ENTERED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
BY ___ DEPUTY
JUN - 6 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GABRIELA HUERTA, A Minor, By and Through Her Guardian Ad Litem, CLAUDIA DE LEON HUERTA,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT USA, INC., A Corporation; et al.,<br><br>Defendants. | Case No. EDCV 05-343-VAP(SGLx)<br><br>**JUDGMENT**<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d) |

DOCKETED ON CM
JUN - 7 2006
BY ___

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Findings of Fact and Conclusions of Law, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff in the amount of $335,258.00, plus costs as taxed by the Clerk of Court. The Court orders that such judgment be entered.

Dated: June 6, 2006

_____
VIRGINIA A. PHILLIPS
United States District Judge