*Lodged Order*

Maria Gabriela Huerta
11841 Safiro Court
Fontana, California 92337
Tel.: (909) 827-8328

In Pro Per

FILED
2012 FEB -6 PM 12: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GABRIELA HUERTA, et al.,<br><br>　　　　Plaintiff,<br>vs.<br><br>THE HOME DEPOT USA, INC., etc., et al.,<br><br>　　　　Defendants. | Case No.: **EDCV05-00343 VAP(SGLx)**<br><br>**(Assigned to the Hon. Virginia A. Phillips)**<br><br>EX PARTE APPLICATION FOR DISBURSEMENT OF FUNDS TO MARIA GABRIELA HUERTA<br><br>Action Filed: August 17, 2000 |

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff herein, MARIA GABRIELA HUERTA, an adult (Date of Birth 9-23-93), hereby applies to the Court for an order for release of judgment funds awarded to her (as a minor) and deposited in the Registry of the Court in the amount of $335,258.00. This request is based on the instant declaration and attached declaration of Plaintiff herein.

Dated: 02-06-12

_____
Maria Gabriela Huerta
Plaintiff.
California ID #F2885504

1